**FILED**
MAR 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE KOCORAS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. **08CR 238** |
| ) | |
| v. ) | |
| ) | Violations: Title 18, United States Code, |
| WILLIAM B. ALLEN ) | Sections 2251(d)(1)(A), 2252A(a)(1), |
| ) | and 2252A(a)(5)(B) |

**MAGISTRATE JUDGE VALDEZ**

<u>COUNT ONE</u>

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about April 12, 2006, at Chicago, in Cook County, in the Northern District of Illinois, Eastern Division, and elsewhere,

WILLIAM B. ALLEN,

defendant herein, knowingly made and published a notice and advertisement that was transported in interstate commerce by any means, including by a computer, seeking and offering to receive, exchange, display, and distribute visual depictions of minors engaging in sexually explicit conduct, the production of which involved the use of minors engaging in such conduct;

In violation of Title 18, United States Code, Section 2251(d)(1)(A).

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about April 12, 2006, at Chicago, in Cook County, in the Northern District of Illinois, Eastern Division, and elsewhere,

### WILLIAM B. ALLEN,

defendant herein, knowingly transported and shipped in interstate commerce by any means, including by computer, images of child pornography, namely, digital images entitled "img20050721190047.jpg," "img20050803074927.jpg," and "img20050805205636";

In violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT THREE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about September 13, 2006, at Chicago, in Cook County, in the Northern District of Illinois, Eastern Division, and elsewhere,

WILLIAM B. ALLEN,

defendant herein, knowingly possessed materials, namely a Compaq Presario computer tower bearing serial number MX30918595, a disassembled Compaq model 1456VQLIN laptop computer, an Attache 2G USB thumb drive, and an unlabeled digital video disk, that contained images of child pornography that have been shipped or transported in interstate or foreign commerce, including by computer, and that were produced using materials that have been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

THE SPECIAL JUNE 2007 GRAND JURY further charges:

1. The allegations contained in Counts One through Three of this Indictment are realleged and incorporated by reference as if fully restated here for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

2. As a result of his violations of Title 18, United States Code, Sections 2251(d)(1)(A), 2252A(a)(1) and 2252A(a)(5)(B),

WILLIAM B. ALLEN,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all right, title, and interest defendant has in any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforesaid violations.

3. The interests of the defendant subject to forfeiture include, but are not limited to, the following seized items: Compaq Presario computer tower bearing serial number MX30918595, a disassembled Compaq model 1456VQLIN laptop computer, Attache 2G USB thumb drive, and other computer media seized from the defendant's residence on or about September 13, 2006.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY