## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 238 | **DATE** | 3/27/2008 |
| **CASE TITLE** | US vs. William B. Allen | | |

**DOCKET ENTRY TEXT**

Arraignment held on 3/27/2008. Defendant arrested 3/27/2008. Harold Garfinkel appears as retained counsel for defendant. Defendant enters plea of not guilty to all counts. Rule 16 Conference to be held by 4/3/2008. Defendant is given to 5/2/2008 to file pretrial motions. Government is given to 5/16/2008 to answer. Status hearing set for 6/5/2008 at 9:30 a.m. The Court enters Order Setting Conditions of Release. In the interest of justice, 3/20/2008 to 6/5/2008 is excludable time under 18:3161(h)(8)(A)(B). (X-T)

Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | SCT |
|---|---|---|