

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

U.S.A
v
William B. Allen

Case 08 CR0238

KC FILED 08cr0238
MAR 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

William Allen

| SIGNATURE | |
|---|---|
| FIRM | Law Offices of Hal M. Garfinkel |
| STREET ADDRESS | 111 W. Washington, Ste. 1301 |
| CITY/STATE/ZIP | Chgo, IL 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6202630 | TELEPHONE NUMBER (312) 629-0443 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☒    APPOINTED COUNSEL ☐ | |